772

EMBRO REALTY CORPORATION, Appellant, v. FERDINAND REINEKING, JR., Individually and as Executor, etc., of FERDINAND REINEKING, Deceased, Respondent.— Judgment dismissing the plaintiff's complaint on the merits in an action to cancel mortgages as clouds upon title, and order of the 17th day of April, 1936, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THOMAS J. FARRELL, Plaintiff, v. JOHN HARMELING, Trustee of JOHN HARMELING, and Others, Defendants; SARAH CLAUS, Appellant; JULIUS W. MANNEBACH, Receiver, Respondent.— Order denying petition for leave to sue receiver in foreclosure action affirmed, without costs, on authority of Woman's Hospital v. Loubern Realty Corp. (266 N. Y. 123). Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

SHERMAN T. FLEET, Appellant, v. THE PURE OIL COMPANY, Respondent.— Order of the County Court of Suffolk county dismissing a petition in a summary proceeding to recover possession of real property unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.